AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# FILED

APR 27 11 48 AM '05

CLERK
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

v.

James Gordon

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 05-80 M

I, _____James Gordon_____, charged in a (complaint) (petition) pending in this District with __Distribution of Oxycodone__

in violation of Title __21__, U.S.C., __841 (a)(1) and (b)(1)(C)__,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_____
Defendant

_____
Counsel for Defendant

4-27-05
Date