IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE



| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Case No. 05-80-MPT |
| JAMES R. GORDON, | : CR07-109-UNA |
| Defendant. | : |

## MOTION AND ORDER TO SEAL

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and April M. Byrd, Assistant United States Attorney for the District of Delaware, hereby moves this Honorable Court to seal the Criminal Complaint and related file until further order of the Court.

COLM F. CONNOLLY
United States Attorney

BY: _____
April M. Byrd
Assistant United States Attorney

Dated: April 29, 2005

FILED
APR 29 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**IT IS SO ORDERED** this ___2___ day of _____, 2005.

_____
HONORABLE MARY PAT THYNGE
United States Magistrate Judge