IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) **FILED UNDER SEAL** |
| | ) Cr.A.No. 05-80M |
| v. | ) CR07-109-UNA |
| JAMES R. GORDON, | ) |
| Defendant. | ) |

### SUBSTITUTION OF COUNSEL

Please withdraw the appearance of Assistant United States Attorney April Byrd and enter the appearance of Assistant United States Attorney David L. Hall as counsel of record for the government in the above-captioned case. Please be advised that Ms. Byrd no longer has responsibility for this case and all notices of action taken in connection with this matter should be directed to Assistant United States Attorney David L. Hall.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: _____
David L. Hall
Assistant United States Attorney

Dated: October 20, 2005



FILED
OCT 20 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **FILED UNDER SEAL** |
| | ) | |
| Plaintiff, | ) | Cr.A.No. 05-80M |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES R. GORDON, | ) | |
| | ) | |
| Defendant. | ) | |

### CERTIFICATE OF SERVICE

I, Jennifer Brown, an employee in the Office of the United States Attorney, hereby certifies under penalty of perjury that on October 20, 2005, served the foregoing:

### SUBSTITUTION OF COUNSEL

by causing two (2) copies of said document to be hand-delivered to counsel of record at the following address:

Christopher Koyste, Esquire
Federal Public Defender's Office
704 King Street, Suite 110
Wilmington, DE 19801

*Jennifer Brown* (signature)
Jennifer Brown