IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **FILED UNDER SEAL** |
| v. | ) | |
| | ) | Criminal Action No. 05-80M-MPT |
| JAMES T. GORDON, | ) | |
| | ) | CR07-109-UNA |
| Defendant. | ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

Please withdraw the appearance of Assistant United States Attorney David L. Hall as attorney of record on behalf of the United States of America, and enter the appearance of Assistant United States Attorney Edmond Falgowski.

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney
Nemours Building, #700
P.O. Box 2046
Wilmington, Delaware  19899-2046
edmond.falgowski@usdoj.gov

Dated: 3-29-07

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) **FILED UNDER SEAL** |
| v. | ) |
| | ) Criminal Action No. 05-80M-MPT |
| JAMES R. GORDON | ) |

I, Sharon Bernardo, employee with the United States Attorney's Office, hereby certify that on March 29, 2007, I electronically filed the foregoing:

### NOTICE OF SUBSTITUTION OF COUNSEL

and by causing two copies of said document to be hand delivered to counsel of record as follows:

Christopher Koyste, Esquire
Federal Public Defender's Office
First Federal Plaza, Suite 110
704 King Street
Wilmington, DE   19801


*Sharon L. Bernardo*