IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | FILED UNDER SEAL |
| v. | : | Mag. Docket No. 05-80M |
| JAMES GORDON, | : | CR07-109-UNA |
| Defendant. | : | |

**DEFENDANT'S SEALED, UNOPPOSED MOTION TO WITHDRAW CURRENT COUNSEL AND TO APPOINT NEW COUNSEL**

Edson A. Bostic, Federal Public Defender for the District of Delaware, hereby moves this Court for an Order withdrawing the Office of the Federal Public Defender for the District of Delaware as counsel for James Gordon, and appointing Christopher Koyste, a member of the Criminal Justice Act Panel, to continue his representation.

In support thereof, Mr. Bostic avers as follows:

1. On or about April 27, 2005, Mr. Gordon was arrested and charged, pursuant to a complaint and warrant with distribution of Oxycodone, in violation of 21 U.S.C. § 841 (a)(1) and (b)(1)(C).

2. The matter is still pending at the magisterial level, and the Defendant has been cooperating since his arrest.

3. Mr. Koyste has resigned from the Office of the Federal Public Defender and the matter then reassigned to Federal Public Defender, Edson A. Bostic.

4. Since that time, both Mr. Koyste[1] and Mr. Gordon have informed Counsel that Mr.

---

[1] Mr. Koyste has since been named to the Criminal Justice Panel.

Gordon desires to have Mr. Koyste continue as counsel in this matter. The basis for this stems from the close and longstanding attorney-client relationship that has developed between Mr. Koyste and Mr. Gordon.

5. In the interest of justice and to foster the continuity of this attorney-client relationship, Counsel is requesting that the Office of the Federal Public Defender be removed from this matter and Mr. Koyste be appointed as court appointed counsel for Mr. Gordon, pursuant to the Criminal Justice Act.

6. The withdrawal of the Office of the Federal Public Defender and appointment of Mr. Koyste as Counsel for defendant should not result in any substantial delay in the disposition of this matter.

7. Counsel has discussed the filing of the instant motion with the government, Assistant United States Attorney David Hall, and the government does not oppose the motion.

**WHEREFORE**, for the above stated reasons, it is respectfully requested that this Court enter an Order withdrawing the Office of the Federal Public Defender for the District of Delaware as Mr. Gordon's Counsel, and appointing Christopher Koyste, a member of the Criminal Justice Act Panel to continue Mr. Gordon's representation.

_____
**EDSON A. BOSTIC**
Federal Public Defender

Attorney for James Gordon

Office of the Federal Public Defender
District of Delaware
704 King Street, Suite 110
Wilmington, Delaware 19801

Dated: July 20, 2007

## CERTIFICATE OF SERVICE

The undersigned attorney for Defendant James Gordon hereby certifies that on July 20, 2007, two (2) copies of the attached Motion were placed in a box in the United States District Court of the District of Delaware addressed to the following person(s):

**DAVID HALL, ESQUIRE**
Assistant U.S. Attorney
The Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046

via First Class Mail to:

**CHRISTOPHER S. KOYSTE**
800 N. KING STREET, SUITE 302
WILMINGTON, DE 19801

_____
**EDSON A. BOSTIC**
Federal Public Defender

Attorney for James Gordon

Office of the Federal Public Defender
District of Delaware
704 King Street, Suite 110
Wilmington, Delaware 19801

Dated: July 20, 2007

