IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Mag. Docket No.05-80M |
| JAMES GORDON, | : | CR07-109-UNA |
| Defendant. | : | |

## ORDER

AND NOW, this __24__ day of __July__, 2007, upon consideration of Defendant's Sealed, Unopposed Motion to Withdraw Current Counsel and to Appoint New Counsel, it is hereby **ORDERED** that the Office of the Federal Public Defender for the District of Delaware is withdrawn as counsel, and Christopher Koyste, Esquire, a member of the Criminal Justice Act Panel, will be appointed to represent Defendant, James Gordon.

BY THE COURT:

_____
**HONORABLE MARY PAT THYNGE**
United States Magistrate Judge